Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−30425−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph A Sheridan
1048 Prime Place
Sewell, NJ 08080

Monica D Sheridan
1048 Prime Place
Sewell, NJ 08080

Social Security No.:
   xxx−xx−3422                                      xxx−xx−6407

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on May 26, 2020.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 26, 2020
JAN: kvr

Jeanne Naughton
Clerk

```
                                 United States Bankruptcy Court
                                      District of New Jersey

In re:                                                                  Case No. 19-30425-JNP
Joseph A Sheridan                                                       Chapter 13
Monica D Sheridan
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                   Page 1 of 2                   Date Rcvd: May 26, 2020
                              Form ID: 148                  Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2020.
db/jdb         +Joseph A Sheridan,   Monica D Sheridan,   1048 Prime Place,   Sewell, NJ 08080-2676
518538133      +Advocare Laurel Pediatrics,    PO Box 3001 D08,   Voorhees, NJ 08043-0598
518538135      +Cap1/Justice,    Capital One Retail Srvs/Attn: Bankruptcy,   Po Box 30258,
                 Salt Lake City, UT 84130-0258
518538137       Capital One Na,   PO Box 71087,   Charlotee, NC 28272-1087
518646558       Citibank, N.A.,   5800 S Corporate Pl,   Sioux Falls, SD  57108-5027
518582237      +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518538146      +KML Law Group PC,    216 Haddon Avenue Suite 406,   Collingswood, NJ 08108-2812
518538147      +Lyons, Doughty & Veldhuis PC,    136 Gaither Drive Suite 100,   Mt Laurel, NJ 08054-2239
518651196      +MidFirst Bank,   999 Northwest Grand Boulevard,   Oklahoma City, OK 73118-6051
518629290      +Midland Credit Management, Inc.,    PO Box 2037,   Warren, MI 48090-2037
518538149      +Midland Mortgage Co/Midfirst,    Attn: Customer Service/Bankruptcy,   Po Box 26648,
                 Oklahoma City, OK 73126-0648
518650243      +Office of Unemployment compensation Benefits Polic,    Attn Dept of Labor & Industry,
                 Off of Chief Counsel,   651 Boas Street, 10th Floor,   Harrisburg, PA 17121-0751
518538150      +Parkwood Manor Homeowners Assoc.,    PO Box 178,   Sewell, NJ 08080-0178
518633300      +Parkwood Manor Homeowners Association,   c/o Hill Wallack LLP,   21 Roszel Road, P.O. Box 5226,
                 Princeton, NJ 08543-5226
518538151       Pennsylvania Depart. of Labor & Industry,   Office of Unemployment Comp.,   PO Box 67503,
                 Harrisburg, PA 17106-7503
518538152      +Pools & Spas by Van Brill, Inc.,    c/o Brian J. Duffield, Esquire,   95 North Main Street,
                 Mullica Hill, NJ 08062-9421
518638502      +SST as servicing agent for CIGPF I POC,   4315 Pickett Road,,   St. Joseph, Missouri 64503-1600
518538155      +Shivers, Gosnay & Greatrex,    1415 Route 70 East,   Cherry Hill, NJ 08034-2210
518538156      +Sst/cigpflc,   Attn: Bankruptcy Department,   4315 Pickett Road,   Saint Joseph, MO 64503-1600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 27 2020 00:31:18     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 27 2020 00:31:14     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518538134      +E-mail/Text: backoffice@affirm.com May 27 2020 00:32:01     Affirm Inc,   Affirm Incorporated,
                 Po Box 720,   San Francisco, CA 94104-0720
518538136      +EDI: CAPITALONE.COM May 27 2020 03:53:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
518545477      +E-mail/Text: bankruptcy@cavps.com May 27 2020 00:31:30     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
518538139      +EDI: CITICORP.COM May 27 2020 03:53:00      Citibank,   Attn: Recovery/Centralized Bankruptcy,
                 Po Box 790034,   St Louis, MO 63179-0034
518538140      +EDI: CITICORP.COM May 27 2020 03:53:00      Citibank North America,
                 Citibank Corp/Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
518538141      +EDI: CITICORP.COM May 27 2020 03:53:00      Citibank/The Home Depot,
                 Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
518538142      +EDI: WFNNB.COM May 27 2020 03:53:00      Comenity Bank,   Po Box 182273,
                 Columbus, OH 43218-2273
518538143       EDI: WFNNB.COM May 27 2020 03:53:00      Comenity Capital Bank,   PO Box 183003,
                 Columbus, OH 43218-3003
518538144      +EDI: NAVIENTFKASMDOE.COM May 27 2020 03:53:00      Dept of Ed / Navient,   Attn: Claims Dept,
                 Po Box 9635,   Wilkes Barr, PA 18773-9635
518538145      +EDI: IIC9.COM May 27 2020 03:53:00      I.C. System, Inc.,   444 Highway 96 East,   Po Box 64378,
                 St. Paul, MN 55164-0378
518573482       EDI: JEFFERSONCAP.COM May 27 2020 03:53:00      Jefferson Capital Systems LLC,   Po Box 7999,
                 Saint Cloud Mn 56302-9617
518538138       EDI: JPMORGANCHASE May 27 2020 03:53:00      Chase Card Services,   Attn: Bankruptcy,
                 Po Box 15298,   Wilmington, DE 19850
518556064       E-mail/PDF: resurgentbknotifications@resurgent.com May 27 2020 00:36:49     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518538148      +EDI: MID8.COM May 27 2020 03:53:00      Midland Funding,   2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
518646462      +EDI: MID8.COM May 27 2020 03:53:00      Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
518538153       EDI: PRA.COM May 27 2020 03:53:00      Portfolio Recovery,   Attn: Bankruptcy,
                 120 Corporate Blvd,   Norfold, VA 23502
518611803       EDI: PRA.COM May 27 2020 03:53:00      Portfolio Recovery Associates, LLC,   c/o Best Buy,
                 POB 41067,   Norfolk VA 23541
518606983       EDI: PRA.COM May 27 2020 03:53:00      Portfolio Recovery Associates, LLC,   c/o Express,
                 POB 41067,   Norfolk VA 23541
518606828       EDI: PRA.COM May 27 2020 03:53:00      Portfolio Recovery Associates, LLC,   c/o Justice,
                 POB 41067,   Norfolk VA 23541
```

```
District/off: 0312-1          User: admin               Page 2 of 2              Date Rcvd: May 26, 2020
                              Form ID: 148              Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518542104      +EDI: RMSC.COM May 27 2020 03:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518538157      +EDI: RMSC.COM May 27 2020 03:53:00      Synchrony Bank/Lowes,    Attn:  Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
518580949      +E-mail/Text: bncmail@w-legal.com May 27 2020 00:31:24     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
518538158      +EDI: WTRRNBANK.COM May 27 2020 03:53:00      Target/TD Bank,    Attn: Bankruptcy,    Po Box 9475,
                 Minneapolis, MN 55440-9475
518538159      +EDI: WFFC.COM May 27 2020 03:53:00      Wells Fargo Bank NA,    Attn: Bankruptcy,
                 1 Home Campus Mac X2303-01a,    Des Moines, IA 50328-0001
518639638       EDI: WFFC.COM May 27 2020 03:53:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
                                                                                              TOTAL: 27

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518538154*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,
                 Norfold, VA 23502)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Parkwood Manor Homeowners Association, Inc.
               eholdren@hillwallack.com,   jhanley@hillwallack.com;hwbknj@hillwallack.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Joint Debtor Monica D Sheridan jjresq@comcast.net,
               jjrogers0507@gmail.com
              Joseph J. Rogers    on behalf of Debtor Joseph A Sheridan jjresq@comcast.net,
               jjrogers0507@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```